IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SCHOOL DISTRICT OF
HILLSBOROUGH COUNTY
AND BROADSPIRE,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

      Appellants,

CASE NO. 1D15-5231

v.

LORI WATSON, AS LEGAL
GUARDIAN OF BRENDA
WHITESIDE,

      Appellee.

_____/

Opinion filed July 6, 2016.

An appeal from an order of the Judge of Compensation Claims.
Ellen H. Lorenzen, Judge.

Date of Accident: August 23, 2007.

Katherine Stone of Barbas, Nunez, Sanders, Butler & Hovsepian, Tampa, for
Appellants.

Nicolette E. Tsambis of Smith, Feddeler & Smith, P.A., Lakeland, for Appellee.


PER CURIAM.

      AFFIRMED.

LEWIS, WETHERELL, and RAY, JJ., CONCUR.